

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Lannon, an Individual<br><br>Plaintiff,<br><br>V.<br><br>Wells Fargo Bank, N.A., a South Dakota Corporation; DOES 1 through 25, Inclusive<br><br>Defendant. | Civil Action No. 16-cv-2617-CAB-BGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Wells Fargo's motion for summary judgment is Granted. The Clerk of the Court shall enter Judgment in favor of Wells Fargo and Close the case. It is So Ordered.

Date: 8/2/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy